AB:CWE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

21-MJ-1340

UNITED STATES OF AMERICA

    - against -

DARIAN WEBSTER,

    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

C O M P L A I N T

(18 U.S.C. § 922(g)(1))

EASTERN DISTRICT OF NEW YORK, SS:

    DEBRA LAWSON, being duly sworn, deposes and states that she is a Detective with the New York City Police Department, and a task force officer duly appointed according to law and acting as such.

    On or about November 23, 2021, within the Eastern District of New York and elsewhere, the defendant DARIAN WEBSTER, knowing that he had been previously convicted in a court of one or more crimes punishable by a term of imprisonment exceeding one year: did knowingly and intentionally possess in and affecting interstate or foreign commerce a firearm, to wit: a defaced Taurus Spectrum .380 caliber semi-automatic firearm.

    (Title 18, United States Code, Section 922(g)(1))

    The source of your deponent's information and the grounds for her belief are as follows:[1]

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

1. I am a Detective with the New York City Police Department ("NYPD") and have been involved in the investigation of numerous cases involving the recovery of firearms and ammunition. I am familiar with the facts and circumstances set forth below from my participation in the investigation; my review of the investigative file, including the defendant's criminal history record; and from reports of other law enforcement officers involved in the investigation. Where I describe the statements of others, I am doing so only in sum and substance and in part.

2. On or about November 15, 2021, the United States Probation office for the Eastern District of New York authorized a search of the defendant's residence.

3. On or about November 23, 2021, the case Probation Officer, along with other Probation Officers, conducted a search at the defendant's residence pursuant to the authorization provided on November 15, 2021.

4. During the authorized search the Probation Officers found, in the bedroom occupied by the defendant, among other things: a defaced Taurus Spectrum .380 caliber semi-automatic firearm. The defendant's possession of the firearm amounted to a violation of his supervised release conditions and he was thus arrested by the NYPD.

5. I have reviewed the defendant's criminal history, which revealed that on or about April 20, 2015, DARIAN WEBSTER pled guilty to: (a) conspiracy to distribute and possession with intent to distribute marijuana, in violation of 21 U.S.C. § 846, 841(a)(1) and 841(b)(1)(D), and (b) possession of a firearm in furtherance of a drug trafficking offense, in violation of 18 U.S.C. § 924(c). WEBSTER was sentenced to a total term of imprisonment of ninety-three (93) months and Five (5) years of supervised release.

6. I have conferred with a Nexus expert, a Special Agent of the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), who has informed me, in substance and in part, that the defaced Taurus Spectrum .380 caliber semi-automatic firearm recovered in this case was manufactured outside the state of New York.

WHEREFORE, your deponent respectfully requests that the defendant DARIAN WEBSTER be dealt with according to law.

_____
DEBRA LAWSON
Detective, New York City Police Department

Sworn to before me this
24 day of November, 2021

*Vera M Scanlon*
_____
THE HONORABLE VERA M. SCANLON
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK