

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JMH:CWE
F. #2021R01051

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 3, 2021

<u>By E-MAIL and ECF</u>

Clerk of the Court
(for forwarding to randomly assigned United States District Judge)
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**1:21-cr-00612(EK)(CLP)**

The Honorable William F. Kuntz II
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>United States v. Darian Webster (\_\_\_-CR-\_\_\_\_)</u>

Dear Clerk of Court and Judge Kuntz:

      Pursuant to Local Rule 50.3.2, the government hereby notifies the Court that the above-captioned case ("<u>Webster II</u>") is presumptively related to United States v. Darian Webster, No. 13-CR-349 (WFK) ("<u>Webster I</u>").

      Local Rule 50.3.2(b)(1) provides for a "presumption that one case is 'related' to another when the facts of each arise out of the same charged criminal scheme(s), transaction(s), or event(s), even if different defendants are involved in each case." Local Rule 50.3.2(c)(1) directs the United States Attorney's Office to "give notice to all relevant judges whenever it appears that one case may be presumptively related to another pursuant to Section (b)(1)."

      This letter constitutes the notice directed by Local Rule 50.3.2(c)(1). <u>Webster II</u> is presumptively related to <u>Webster I</u> because the facts of <u>Webster II</u>'s case arise out of the same criminal events as charged in the violation of supervised release report in <u>Webster I</u> that was filed on November 24, 2021. Specifically, a grand jury returned an indictment charging defendant Darian Webster with being a felon in possession of a firearm, which is the same

alleged conduct at issue the violation of supervised release report. Webster II is thus presumptively related, the government respectfully submits that reassignment would be appropriate, as it would likely result in a significant savings of judicial resources and serve the interests of justice.

Respectfully submitted,

BREON PEACE
United States Attorney

By: _____
Chand W. Edwards-Balfour
Assistant United States Attorney
(718) 254-7000

cc:  Allegra Glashausser, Esq. (via email)
     Kristen Maharaj (via email)